**FILED**
September 24, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                      )<br>                  Plaintiff,                 )<br>v.                                                   )<br>                                                      )<br>MINH VIHN LE,                            )<br>                                                      )<br>                  Defendant.            ) | Case No. 2:08MJ00323-GGH-04<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MINH VIHN LE , Case No.  2:08MJ00323-GGH-04 , Charge  21 USC § 841(a)(1) and 846 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)     Pretrial conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 24, 2008  at  2:00 pm .

                                            By   /s/ Gregory G. Hollows
                                                 Gregory G. Hollows
                                                 United States Magistrate Judge

Copy 5 - Court